# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

| | |
|---|---|
| JANICE THERESA DOLLAR, AS ) | |
| PERSONAL REPRESENTATIVE OF ) | Civil Action No.2:20-CV-78 |
| THE ESTATE OF MICHAEL LAMAR ) | |
| DOLLAR AND INDIVIDUALLY, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| VS. ) | |
| ) | |
| MONSANTO COMPANY, ) | |
| ) | |
| DEFENDANT. ) | |

## NOTICE OF APPEARANCE

COME NOW TODD C. BROOKS and the law firm CATTS & BROOKS, LLC,

("hereinafter "COUNSEL"), and hereby enter their appearance as counsel on behalf of the

Plaintiff, in the captioned action. COUNSEL request that copies of all notices, motions,

pleadings, correspondence, and other filings and/or materials in this action be served upon

them at the address provided herein.

This 20th day of July, 2020.

s/Todd C. Brooks
Georgia Bar Number: 085550
*Attorney for Plaintiff*
CATTS & BROOKS LLC
1529 Reynolds Street
Brunswick, Georgia 31520
Telephone:    (912) 261-8448
Email: toddbrooks@cattslaw.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

JANICE THERESA DOLLAR, AS )
PERSONAL REPRESENTATIVE OF ) Civil Action No.2:20-CV-78
THE ESTATE OF MICHAEL LAMAR )
DOLLAR AND INDIVIDUALLY, )
          )
      PLAINTIFF, )
          )
VS. )
          )
MONSANTO COMPANY, )
          )
      DEFENDANT. )

## CERTIFICATE OF SERVICE

     I certify that this document has been filed electronically. Notice of this filing will be sent

by operation of the Court's electronic filing system to all parties indicated on the electronic

filing receipt. Parties may access this filing through the Court's electronic filing system.

     This 20th day of July, 2020.


                             s/Todd C. Brooks
                             Todd C. Brooks