FILED
John E. Triplett, Acting Clerk
United States District Court

*By mgarcia at 3:45 pm, Sep 25, 2020*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | |
|---|---|
| JANICE THERESA DOLLAR, as personal representative of the Estate of Michael Lamar Dollar, and individually,<br><br>          Plaintiff,<br><br>     v.<br><br>MONSANTO COMPANY,<br><br>          Defendant. | CIVIL ACTION NO.: 2:20-cv-78 |

## RULE 502(d) ORDER

This matter is before the Court on the parties' Joint Motion for an order pursuant to Federal Rule of Evidence 502(d).  Doc. 11.  After a review of the record, the Court finds that good cause to enter such an order exists.  The Court, therefore, **GRANTS** the parties' Joint Motion, doc. 11, and **ORDERS** the following:

**I.** The production of privileged or work-product protected documents, electronically stored information ("ESI"), or information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding.  This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

**II.** Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI, or information (including metadata) for relevance, responsiveness, or

segregation of privileged or protected information before production.

**SO ORDERED**, this 25th day of September, 2020.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA