# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

| | |
|---|---|
| JANICE THERESA DOLLAR, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MICHAEL LAMAR DOLLAR AND INDIVIDUALLY, <br><br> PLAINTIFF, <br><br> VS. <br><br> MONSANTO COMPANY, <br><br> DEFENDANT. | Civil Action No.2:20-CV-78 |

## VOLUNTARY MOTION TO DISMISS WITHOUT PREJUDICE PURSUANT TO FRCP 41 (A)(2)

COMES NOW Janice Theresa Dollar, as Personal Representative of the Estate of Michael Lamar Dollar and Individually (hereinafter collectively "Dollar"), Plaintiff in the above-styled action, by and through her undersigned counsel, and pursuant to FRCP 41(a)(2) hereby moves the Court to dismiss the within action without prejudice. In support of her motion, Dollar shows as follows:

1.

This action is Dollar's initial action and has not previously been dismissed by this Court nor any other court of competent jurisdiction.

2.

Defendant has filed its answer yet has not pleaded a counterclaim before being served with the within motion.

3.

Granting the within voluntary dismissal will not cause the Defendant to suffer clear legal prejudice, nor will the Defendant lose any substantial right by the granting of the within motion. See *Arias v. Cameron*, 776 F. 3d 1262, 1268 (11th Cir. 2015) ("Generally speaking, a motion for voluntary dismissal <u>should be granted</u> unless the Defendant will suffer clear legal prejudice other than the mere prospect of a second law suit.")  See also *Pontenberg v. Boston Scientific*, 252 F. 3d 1253 (11th Cir. 2001) (District Court enjoys broad discretion in determining whether to allow a voluntary dismissal under Rule 41(a)(2); even if "summary judgment were likely, [11th Cir.] has declined to adopt a bright line rule precluding a District Court from granting Rule 41(a)(2) voluntary dismissal without prejudice when a motion for summary judgment is pending."); *Emergency Recovery v. Hufnagle*, CV 20-11743 (11th Cir. 2021)(filing a motion to voluntarily dismiss after a defendant moves for summary judgment does not in and of itself establish clear legal prejudice).

4.

The within Motion has not been filed in bad faith nor for any improper purpose[1].

WHEREFORE, Dollar prays that the Court inquire into this matter, grant her motion, dismiss the within action without prejudice, and award her such other and further relief as the Court deems just and equitable.

---

[1] This action originally was filed in the Superior Court of Glynn County. By granting the within Motion, this Court can remedy a procedural conflict whereby Dollar could be deprived of a remedy she would have had as a matter of right had Defendant not removed this case and it remained in State Court (See OCGA §9-11-41 – unilateral right to file stipulation of dismissal up until first witness sworn).

This 8th day of September, 2022.

                                                      /s/Todd C. Brooks
                                                      Todd C. Brooks

CATTS & BROOKS LLC                 Georgia Bar Number: 085550
1529 Reynolds Street                    *Attorney for Plaintiffs*
Brunswick, Georgia 31520
Telephone:    (912) 261-8448
Facsimile:    (912) 261-7919

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | |
|---|---|
| JANICE THERESA DOLLAR, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MICHAEL LAMAR DOLLAR AND INDIVIDUALLY, | ) ) Civil Action No.2:20-CV-78 ) ) ) |
| PLAINTIFF, | ) ) |
| VS. | ) ) |
| MONSANTO COMPANY, | ) ) |
| DEFENDANT. | ) |

## **CERTIFICATE OF SERVICE**

This is to certify that I served counsel for Defendant in the foregoing matter with a copy of the attached MOTION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE, by depositing same in the U.S. Mail with sufficient postage to insure delivery to:

William V. Custer, Esq.  
BRYAN CAVE LEIGHTON PAISNER LLP  
One Atlantic Center, Fourteenth Floor  
1201 W. Peachtree Street, NW  
Atlanta, GA  30309-3488  

Eric G. Lasker, Esq.  
Brett S. Covington, Esq.  
HOLLINGSWORTH LLP  
1350 I Street, N.W.  
Washington, DC  20005  

This 8th day of September, 2022.

s/Todd C. Brooks  
Todd C. Brooks